UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 31 P 3: 40
US DISTRICT
BRIDGEPORT

DIANA WEBB

v.                                       CASE NO. 3:03cv961 (PCD)
                                         PRISONER

KUMA DEBOO

## JUDGMENT

This cause came on for consideration before the Honorable Peter C. Dorsey, United States District Judge, on the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court has considered the petition and all the related papers. On September 22, 2003, the Court filed its Ruling on Petition for Writ of Habeas Corpus denying the petition and determining that a certificate of appealability would not issue.

Therefore, It is **ORDERED** and **ADJUDGED** that the petition is dismissed and the matter is closed.

Dated at Bridgeport, Connecticut this 31st of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Cynthia Earle
Deputy Clerk

Entered on the Docket _____